**Dismissed and Memorandum Opinion filed January 9, 2024**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00370-CV

---

### TERRY GENTRY, Appellant

### V.

### FREEPORT LNG EXPANSION, L.P., AND HAMILTON - RYKER IT SOLUTIONS, LLC, Appellees

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-66675**

---

### MEMORANDUM OPINION

This is an appeal from an order granting summary judgment in favor of appellees. The plaintiff in the underlying proceeding, Terry Gentry, died while the case was pending in the trial court. Gentry's daughter and heir, Kaylie Gentry, filed a suggestion of death and proceeded in her father's place. *See* Tex. R. Civ. P. 151. The trial court granted summary judgment in favor of appellees and Kaylie Gentry filed a notice of appeal.

After the judgment was entered, but before the notice of appeal was filed, The Galveston County Probate Court appointed Ricky Gentry as the Dependent Administrator of Terry's Gentry's estate. Ricky Gentry is Terry Gentry's son and Kaylie Gentry's brother.

On August 3, 2023, upon motion of appellee, we abated this appeal and ordered counsel for decedent-appellant's son and independent executor of decedent-appellant's estate, Ricky Gentry, to appear and inform this court whether decedent-appellant's daughter and heir, Kaylie Gentry, has authority to proceed in this appeal. On August 21, 2023, counsel for Kaylie Gentry file a motion to extend the abatement period to allow for more time for counsel for Ricky Gentry and Kaylie Gentry to determine their approach to proceed in this appeal. We granted the motion and noted that if either counsel for Ricky Gentry or Kaylie Gentry does not provide this court with authority to proceed in this appeal within 30 days of that order, the appeal was subject to dismissal without further notice. *See Murphy v. Muprphy*, 21 S.W.3d 797, 798 (Tex. App.—Houston [1st Dist.] 2000, Order); *Durham v. Durham*, No. 07-14-00346-CV, 2015 WL 4930981 (Tex. App.—Amarillo Aug. 14, 2015, Order); Tex. R. App. P. 42.3(c) (providing for involuntary dismissal of appeal for failure to comply with court order).

As of today, neither counsel for Ricky Gentry nor Kaylie Gentry has provided this court with authority to proceed. On December 18, 2023, appellee Hamilton – Ryker IT Solutions, filed a motion to dismiss the appeal. On December 20, 2023, Kaylie Gentry filed a response in opposition stating that Kaylie and Ricky have been unable to reach an agreement as to who should continue the appeal.

This court has given the Gentrys ample time to comply with our order to provide authority to proceed. We grant appellee's motion, reinstate, and dismiss

the appeal. *See Spigener v. Ray*, No. 10-08-00280-CV, 2009 WL 4353751 at *1 (Tex. App.—Waco Nov. 25, 2009).

The appeal is dismissed.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Poissant.